**Sherri Dee LITTLEJOHN, Appellant,**

v.

**Michael Ray LITTLEJOHN, Respondent.**

**No. WD 44720.**

Missouri Court of Appeals,
Western District.

April 7, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
June 2, 1992.

Application to Transfer Denied
June 30, 1992.

Dennis James C. Owens, Kansas City, for appellant.

Philip Eveloff, St. Joseph, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from a decree of dissolution which awarded sole legal and physical custody of the parties' children to respondent.

Affirmed.   Rule 84.16(b).